[No. 21766–6–I.   Division One.   May 6, 1988.]

FOOD SERVICES, INC., *Respondent,* v. FOOD SERVICES OF AMERICA, INC., *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–17494–8, Arthur E. Piehler, J., entered February 8, 1988. *Reversed* by unpublished per curiam opinion.

[No. 18344–3–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID HORTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03962–5, Susan R. Agid, J., entered April 23, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 20736–9–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES E. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00003–2, Nancy A. Holman, J., entered July 6, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20852–7–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH LEON CONWAY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00473–9, Susan R. Agid, J., entered July 10, 1987. *Dismissed* by unpublished per curiam opinion.